**Darrell KIND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52177.**

Missouri Court of Appeals,
Western District.

Dec. 24, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1997.

Application to Transfer Denied
March 25, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

Appellant appeals the denial of his Rule 24.035 motion without an evidentiary hearing following his conviction for one count of burglary, § 569.160.

Affirmed. Rule 84.16(b).